IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PATRICE ANDERSON AND GREGORY ANDERSON**, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:13-CV-4025-L** |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** | § § § § | |
| Defendant. | § | |

## ORDER

Plaintiffs filed this mortgage foreclosure case on October 4, 2013. The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on November 4, 2013, recommending that it be dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. No objections to the Report were filed, and the Report that was mailed to Plaintiffs was returned undeliverable. Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses** this action **without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 25th day of November, 2013.

Sam A. Lindsay
United States District Judge

Order – Solo Page